Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorneys for Phillips and Cohen Associates, Ltd.

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila
DATED: 6/23/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRACE ELLIS,<br><br>  Plaintiff,<br><br>vs.<br><br>PHILLIPS AND COHEN ASSOCIATES, LTD.,<br><br>  Defendant. | Case No.  14-cv-05539-EJD<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

    The undersigned, counsel of record for Defendant Phillips And Cohen Associates, Ltd., ("Defendant") together with Plaintiff, Pro Per, Terrace Ellis ("Plaintiff"), hereby stipulate to and jointly request a continuance of the June 25, 2015, Case Management Conference to July 16, 2015.  This stipulation is made with reference to the following:

    1.    By Notice dated March 4, 2015, the Court set a Scheduling Conference for June 25, 2015 at 10:00 a.m.

    2.    Defendant filed a Motion to Dismiss Plaintiff's First Amended

Complaint which is set for hearing on July 16, 2015 at 9:00 a.m.

3. Defendant wishes to combine the appearances given that counsel for Defendant is located in San Diego and costs associated with travel on two separate dates could be avoided by combining the appearances.

Based on the foregoing, the parties hereby stipulate to and jointly request a continuance of the Case Management Conference from June 25, 2015 to July 16, 2015.

4. The parties shall file a joint case management conference statement on or before July 9, 2015.

Dated: 6/19/15

_____
Plaintiff Terrace Ellis

Dated: 6/19/15            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Damian P. Richard
Damian P. Richard
Attorney for Defendant
Phillips and Cohen Associates, Ltd.

CASE NAME: Terrace Ellis v. Phillips and Cohen Associates, Ltd.
CASE NO:   14-cv-05539 EJD

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. On this date I served the following:

Stipulation to Continue Case Management Conference

( x )   BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( )   BY FACSIMILIE MACHINE

I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

( )   BY COURT'S CM/ECF ELECTRONIC FILING SERVER

I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

( )   BY FEDERAL EXPRESS DELIVERY

I served a true and correct copy of the above-named documents by Federal Express by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the Federal Express location in San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

Terrace Ellis
1617 Foxworthy Ave.
San Jose, CA 95118

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 22, 2015

Ann M. Coito