BERNARD M. RESSER (SBN 92873)
BResser@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

MONICA V. RAMALLO-YOUNG (SBN 225546)
ramalloyoung@gmail.com
LAW OFFICES OF MONICA V. RAMALLO-YOUNG
15303 Ventura Boulevard; 9th Floor
Sherman Oaks, CA 91403
Telephone: 818.723-6357
Fax: 818.368-8034

Attorneys for Plaintiff
Wared Alfarah d/b/a Vape N Connect

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA –SAN JOSE DIVISION

| | |
|---|---|
| WARED ALFARAH d/b/a VAPE N CONNECT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SOLEDAD, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. C15-05569 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER EXPANDING THE DEADLINE FOR PLAINTIFF WARED ALFARAH TO FILE AN OPPOSITION TO CITY OF SOLEDAD'S MOTION TO DISMISS**<br><br>Action Filed: December 3, 2015 |

WHEREAS, on December 3, 2015, Plaintiff Wared Alfarah d/b/a Vape N Connect filed a federal Complaint in the Northern District Court of California against Defendant City of Soledad; and,

WHERAS, on December 29, 2015, the Court granted an Order by Stipulation of the parties extending the time for Defendant City of Soledad to respond to the Complaint to January 8, 2016;

WHEREAS, on January 7, 2016, Defendant, City of Soledad filed a Motion to Dismiss Plaintiff's Complaint; and

WHEREAS, on January 21, 2016, the Court continued the hearing on the Motion to Dismiss to June 23, 2016; and

WHEREAS, counsel for Defendant Ryan Thompson, has agreed to grant counsel for Plaintiff Wared Alfarah, an extension of time to file an Opposition to the Motion to Dismiss; and

WHEREAS the respective parties agree that the new deadline for Plaintiff Wared Alfarah to file an Opposition to the Motion to Dismiss is Thursday, February 4, 2016 and the deadline for Defendant City of Soledad to file a reply to the Opposition is Thursday, February 11, 2016.

THE PARTIES STIPULATE AS FOLLOWS:

That the deadline for Plaintiff Wared Alfarah to file an Opposition to the Motion to Dismiss is Thursday, February 4, 2016 and the deadline for Defendant City of Soledad to file a reply to the Opposition is Thursday, February 11, 2016.

Dated: January 21, 2016

By:    /s/
MONICA RAMALLO-YOUNG
Attorneys for Plaintiff WARED ALFARAH

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Dated: January 21, 2016

LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation

By:            /s/
RYAN THOMPSON
Attorneys for Defendant CITY OF SOLEDAD

[~~PROPOSED~~] ORDER

The Court, having reviewed the above Stipulation of the parties and the attached declaration of counsel, and good cause appearing, hereby ORDERS that deadline for Plaintiff Wared Alfarah to file an Opposition to the Motion to Dismiss is Thursday, February 4, 2016 and the deadline for Defendant City of Soledad to file a reply to the Opposition is Thursday, February 11, 2016.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __1/22/2016__    By: _____

JUDGE EDWARD J. DAVILA

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

71783-00003/2460977.3    2    STIPULATION EXTENDING TIME RE MOTION TO DISMISS