UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRACE ELLIS,<br><br>            Plaintiff,<br><br>    v.<br><br>PHILLIPS AND COHEN ASSOCIATES, LTD.,<br><br>            Defendant. | Case No.  5:14-cv-05539-EJD<br><br>**ORDER CONTINUING TRIAL SETTING CONFERENCE** |

Having reviewed the parties' joint statement (Docket Item No. 51), and in light of the significant disagreement over the length of a potential trial, the court finds it appropriate to set trial dates after resolution of the anticipated motions for summary judgment.

Accordingly, the Trial Setting Conference scheduled or January 28, 2016, is CONTINUED to 11:00 a.m. on May 26, 2016.  The parties shall file an updated Joint Trial Setting Conference Statement or before May 16, 2016.

**IT IS SO ORDERED.**

Dated:  January 22, 2016

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:14-cv-05539-EJD
ORDER CONTINUING TRIAL SETTING CONFERENCE