UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRACE ELLIS,

        Plaintiff,

    v.

PHILLIPS AND COHEN ASSOCIATES, LTD.,

        Defendant.

Case No. 14-cv-05539 EJD   (NC)

**ORDER INSTRUCTING DEFENDANT TO RESPOND TO DISCOVERY LETTER**

Re: Dkt. No. 64

Defendant Phillips and Cohen Associates, Ltd. is ordered to respond to plaintiff Ellis' discovery letter. It must do so today, March 28, 2016.

**IT IS SO ORDERED.**

Dated: March 28, 2016

                                            NATHANAEL M. COUSINS
                                            United States Magistrate Judge

Case No. 14-cv-05539 EJD (NC)