UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRACE ELLIS,<br><br>        Plaintiff,<br><br>      v.<br><br>PHILLIPS AND COHEN ASSOCIATES, LTD.,<br><br>        Defendant. | Case No. 14-cv-05539 EJD   (NC)<br><br>**ORDER TO PLAINTIFF TO FILE COPY OF RESPONSES TO DEFENDANT'S REQUESTS FOR ADMISSION**<br><br>Re: Dkt. No. 96 |

Plaintiff Ellis has filed a motion asking to be relieved from deemed admissions resulting from her failure to respond to defendant PCA's discovery requests in a timely way. Dkt. No. 96 at 1. Ellis states in her motion that on March 8, 2016, she served discovery responses on PCA, including responses to PCA's Requests for Admission. *Id.* at 3. However, the Court has reviewed the exhibits to Ellis' motion and it does not appear that she has attached the March 8 responses. Therefore, Ellis is ordered to file a copy of her March 8 discovery responses by May 9, 2016.

**IT IS SO ORDERED.**

Dated: May 5, 2016

                                          NATHANAEL M. COUSINS
                                          United States Magistrate Judge

Case No. 14-cv-05539 EJD (NC)