UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRACE ELLIS,<br><br>        Plaintiff,<br><br>   v.<br><br>PHILLIPS AND COHEN ASSOCIATES, LTD.,<br><br>        Defendant. | Case No. 5:14-cv-05539-EJD<br><br>**ORDER CONTINUING TRIAL SETTING CONFERENCE** |

Having reviewed the parties' joint statement (Dkt. No. 106), and in light of the pending motion for summary judgment, the court has determined that a Trial Setting Conference is premature at this time.

Accordingly, the Trial Setting Conference scheduled for May 26, 2016, is CONTINUED to **11:00 a.m. on July 28, 2016.** The parties shall file an updated Joint Trial Setting Conference Statement on or before **July 18, 2016.**

**IT IS SO ORDERED.**

Dated: May 23, 2016

                                               EDWARD J. DAVILA
                                               United States District Judge