UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRACE ELLIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PHILLIPS AND COHEN ASSOCIATES, LTD.,<br><br>　　　　Defendant. | Case No. 14-cv-05539 EJD   (NC)<br><br>**ORDER RE: DEFENDANT'S DISCOVERY STATEMENT AND DECLARATION IN SUPPORT**<br><br>Re: Dkt. No. 113 |

In this unlawful debt collection action, defendant Phillips and Cohen (Phillips) moves to depose plaintiff Terrace Ellis on July 28, 2016, after the discovery cutoff in the case. Dkt. No. 113. Phillips has filed a discovery statement and declaration explaining why it has good cause to depose a witness after the discovery cut off ordered by the district court. *Id*. at 3. Taking the discovery statement as a motion asking this Court to order the deposition of Ellis on July 28, 2016, the Court DENIES the motion without prejudice and orders the parties to meet and confer and file a joint discovery letter if they cannot reach a resolution.

This Court's civil standing order requires that for all discovery disputes, "the parties must meet and confer to attempt to resolve their dispute. The meet and confer must be in person or by telephone. A mere exchange of letters, emails, or messages does not satisfy the requirement to meet and confer. If the parties are unable to reach a resolution, they must file a joint statement of five pages or less that: (1) describes each unresolved issue;

Case No. 14-cv-05539 EJD

1  and (2) states each party's proposed compromise with respect to each unresolved issue."

2  Therefore, Phillips' motion is denied without prejudice. The parties are ordered to
3  meet and confer and submit a joint letter brief that complies with the Court's standing
4  order by July 25, 2016. When the Court receives the joint letter brief it will either decide
5  the dispute without a hearing under Local Rule 7-6 or will set the matter for hearing.

**IT IS SO ORDERED.**

Dated: July 19, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 14-cv-05539-EJD              2