UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRACE ELLIS,<br>          Plaintiff,<br>    v.<br>PHILLIPS AND COHEN ASSOCIATES, LTD.,<br>          Defendant. | Case No. 14-cv-05539 EJD   (NC)<br><br>**ORDER ON JOINT DISCOVERY LETTER RE: DEFENDANT'S REQUEST TO REOPEN DISCOVERY TO TAKE PLAINTIFF'S DEPOSITION**<br><br>Re: Dkt. No. 118 |

Having reviewed the joint discovery letter and attached exhibits presenting defendant Phillips' request to reopen discovery in order to take Ellis' deposition, the Court DENIES the motion for lack of good cause. The record shows that Phillips noticed a deposition of Ellis on February 26, 2016, at 10:00 a.m., then unilaterally canceled the deposition on February 25, 2016, without a good reason. Phillips' request to now reopen discovery to notice a deposition with Ellis after the close of discovery does not show good cause and is therefore denied.

**IT IS SO ORDERED.**

Dated: July 27, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-05539 EJD