Terrace Ellis
1617 Foxworthy Avenue
San Jose, CA 95118
408-621-6210

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TERRACE ELLIS,

        Plaintiff,

vs.

PHILLIPS AND COHEN ASSOCIATES, LTD

        Defendant.

Case No. 14-CV-05539 EJD

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff TERRACE ELLIS hereby voluntarily dismisses, with prejudice, the above-entitled action against Defendant Phillips and Cohen Associates, Ltd. The parties have settled this action. Plaintiff gives this notice pursuant to Fed. R. Civ. P. 41(a).

RESPECTFULLY SUBMITTED,

DATED: October 5, 2016

By: _____ Terrace Ellis

-3-

PLAINTIFF'S VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

I, Eugenia Zertuche, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to this case. My business address is Burke Williams Spa, 355 Santana Row, #2010, San Jose, CA 95128. I hereby certify that on October 5, 2016 a true and correct copy of the Notice of Voluntary Dismissal was served upon counsel via U.S. Mail, first class, postage prepaid and addressed as follows:

Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
*Attorney for Defendant*

**Defendant:**
PHILLIPS AND COHEN ASSOCIATES, LTD.

DATED: October 5, 2016

By: _____ Eugenia Zertuche